**1335  HENDERSON vs. DARLING (Supervisor Woodstock Township), No. 12608.**

To compel respondent to spread certain taxes upon the assessment rolls.

A peremptory writ was issued March 1, 1892, upon failure to answer.

It was afterwards made to appear that the order was issued too late to enable the respondent to comply, and an order was

made directing respondent to hand over the order to his successor in office.